IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE SIMPSON,

    Petitioner,

v.

WISCONSIN DEPARTMENT OF CORRECTIONS,
WISCONSIN SECURE PROGRAM FACILITY
AND WARDEN GARY BOUGHTON,

    Respondents.

ORDER

Case No. 23-cv-425-jdp

---

Petitioner Willie Simpson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has submitted a motion for leave to proceed without prepayment of the filing fee. (Dkt. # 6). The court cannot consider this motion, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. For this case to move forward, petitioner must submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition. If petitioner does not submit a trust fund account statement before July 14, 2023, the court will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition.

ORDER

IT IS ORDERED that:

1. Petitioner Willie Simpson may have until July 14, 2023, to submit a certified copy of his inmate trust fund account statement for the six-month period from the date of the habeas petition (December 22, 2022 through at least June 22, 2023).

2. If petitioner fails to submit a certified copy of his trust fund account statement, or show cause for failure to do so, the court will assume the petitioner wishes to withdraw this petition.

Entered this 23rd day of June, 2023.

> BY THE COURT:
>
> /s/
> ANDREW R. WISEMAN
> United States Magistrate Judge